IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ANGELA JOHNSON,

      Plaintiff

versus        NO. 3:06cv107HTW-~~JCS~~ _LRA_

ACS STATE HEALTHCARE, L.L.C.
AND JOHN DOES 1-10,

      Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGREED ORDER

Considering the foregoing Motion to Dismiss;

IT IS HEREBY ORDERED that all proceedings in the captioned action are dismissed this action with prejudice, each party to bear its own costs.

Jackson, Mississippi, this 15th day of November 2007.

                                           _/s/ Linda R. Anderson_
                                           ~~JUDGE~~ U.S. Magistrate Judge

Agreed to and approved as to form only by Plaintiff's counsel

_/s/ J.E._
JEFFREY L. ELLIS, MSB #99150
Christopher & Ellis, PLLC
P. O. Box 982
Ridgeland, MS 39158
Telephone: (601)898-3303
Facsimile: (601) 898-3306

COUNSEL FOR PLAINTIFF
ANGELA JOHNSON